# United States District Court

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   OCT 1 0 2004

LONG ISLAND OFFICE

EASTERN _____ DISTRICT OF _____ NEW YORK _____

UNITED STATES OF AMERICA

v.

WILVER R. LOPEZ,
   also known as "Conde,"

        Defendant.

**WARRANT FOR ARREST**

CASE NUMBER:

# 04-1364M

TO:  The United States Marshal
     and/or any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest <u>WILVER R. LOPEZ, also known as "Conde,"</u>
and bring him forthwith to the nearest magistrate to answer a

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation   ☐ Probation Violation

charging him with (brief description of offense)


Murder in aid of racketeering.


in violation of Title ___18___ United States Code, Section___1959(a)(1)_____

<u>THE HONORABLE E. THOMAS BOYLE</u>                    <u>UNITED STATES MAGISTRATE JUDGE</u>
~~Name of Issuing Officer~~                              Title of Issuing Officer

_____ /s/ E. Thomas Boyle, U.S.M.J. _           <u>October 10, 2004  Central Islip, NY</u>
~~Signature of Issuing Officer~~                          Date and Location

Bail fixed at $_____        By:_____
                                                    UNITED STATES MAGISTRATE JUDGE

| RETURN |
|--------|
| This warrant was received and executed with the arrest of the above name defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER: | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |